UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>BRIAN M. ODEA, et al.,<br><br>        Defendants. | Case No. 15-cv-05525-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 120 DAYS**<br><br>Re: Dkt. No. 18 |

On June 22, 2016, the parties attended mediation, during which the case was fully settled. (*See* Certification of Mediation, Dkt. No. 18.) Accordingly, Plaintiff shall file a dismissal within 120 days of this order, absent any extension ordered by the Court.

IT IS SO ORDERED.

Dated: June 23, 2016

KANDIS A. WESTMORE
United States Magistrate Judge