UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br>v.<br><br>BRIAN M. O'DEA, trustee of the Rose M. Bertolero Revocable Trust; NAVLET'S GARDEN CENTERS, INC., a California Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case: 4:15-CV-5525-KAW<br><br>**ORDER** |

### **ORDER**

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: 7/19/16

　　　　　　　　　　　　　　　　*Kandis Westmore*
　　　　　　　　　　　　HONORABLE KANDIS A. WESTMORE
　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1

Joint Stipulation for Dismissal　　　　　Case: 4:15-CV-5525-KAW